IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   12cv00691-AP

*In Re*:

| ROBERT FRAZIER ROLF | ) |
| | ) |
| Debtor. | ) Bankruptcy Case No. |
| | ) 09-29120 SBB (Chapter 7) |
| | ) |
| DOUGLAS LARSON, TRUSTEE, | ) Adversary. Proceeding. Case No. |
| | ) 11-1266 SBB |
| Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| JO-ANN HALL, | ) |
| | ) |
| Appellant. | ) |

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Unopposed Motion to Stay Appeal Pending Settlement (doc. #15), filed May 11, 2012, is **GRANTED**.  This case is **STAYED** pending settlement.  The parties shall file their dismissal documents or a Status Report regarding settlement on or before June 28, 2012.

Dated:  May 14, 2012