IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   12cv00691-AP

*In Re*:

| | |
|---|---|
| ROBERT FRAZIER ROLF | ) |
| | ) |
|      Debtor. | ) Bankruptcy Case No. |
| _____ | ) 09-29120 SBB (Chapter 7) |
| | ) |
| DOUGLAS LARSON, TRUSTEE, | ) Adversary. Proceeding. Case No. |
| | ) 11-1266 SBB |
|      Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| JO-ANN HALL, | ) |
| | ) |
|      Appellant. | ) |

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Appellant's Unopposed Motion to Continue Staying Appeal Pending Settlement (doc.

#17), filed June 27, 2012, is **GRANTED**.  This case is **STAYED** pending settlement.  The

parties shall file their dismissal documents or a Status Report regarding settlement on or

before August 8, 2012.

---

Dated:  June 28, 2012