IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   12cv00691-AP

*In Re*:

| | |
|---|---|
| ROBERT FRAZIER ROLF | ) |
| | ) |
| Debtor. | ) Bankruptcy Case No. |
| _____ | ) 09-29120 SBB (Chapter 7) |
| | ) |
| DOUGLAS LARSON, TRUSTEE, | ) Adversary. Proceeding. Case No. |
| | ) 11-1266 SBB |
| Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| JO-ANN HALL, | ) |
| | ) |
| Appellant. | ) |

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Unopposed Motion to Dismiss Appeal With Prejudice Pursuant to Settlement Agreement (doc. #19), filed August 1, 2012, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**.

Dated:  August 6, 2012

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT